**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 14 WAL 2017
                        :
           Respondent    :
                        :    Petition for Allowance of Appeal from
                        :    the Order of the Superior Court
          v.               :
                        :
                        :
TOM HAL CORNELISON, III,         :
                        :
           Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.